**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6116**

CONAN MCDANIEL,

Plaintiff - Appellant,

versus

PIEDMONT REGIONAL JAIL,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District Virginia, at Alexandria.  T.S. Ellis III, Senior District
Judge.  (1:06-cv-01267)

Submitted: May 10, 2007                    Decided:  May 14, 2007

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Conan McDaniel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Conan McDaniel appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to comply with a court order to particularize his complaint and demonstrate that he had exhausted administrative remedies. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order McDaniel seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1067 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED